## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
## AT KANSAS CITY

| | |
|---|---|
| **BMG MUSIC,** *et al* ) | |
| Plaintiffs, ) | Case No. 05-CV-2114-KHV-DJW |
| ) | |
| vs. ) | |
| ) | |
| **TIM BODINE** ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER OF DISMISSAL

As per the Stipulation for Dismissal (Doc. #9) filed, the Court finds that all claims the subject matter of the within action having been fully compromised and settled,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs' cause of action is dismissed with prejudice, with parties to bear their respective costs.

DATED: August 19, 2005.

s/ Kathryn H. Vratil
Kathryn H. Vratil
United States District Judge